UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DAILY FANTASY SPORTS LITIGATION          MDL No. 2677

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On February 4, 2016, the Panel transferred 14 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.3d___ (J.P.M.L. 2016). Since that time, no additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable George A O'Toole, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge O'Toole.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of February 4, 2016, and, with the consent of that court, assigned to the Honorable George A O'Toole, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 17, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: DAILY FANTASY SPORTS LITIGATION                MDL No. 2677

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 1 | 15-00870 | Holloway v. FanDuel, Inc. |
| ALM | 2 | 16-00019 | Pope v. Draftkings, Inc. |
| ALABAMA NORTHERN | | | |
| ALN | 2 | 15-02083 | Manzella et al v. DraftKings Inc et al |
| ARKANSAS EASTERN | | | |
| ARE | 4 | 15-00776 | Ritchie v. Fanduel Inc |
| ARE | 4 | 15-00778 | Price v. Draftkings Inc |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 15-08557 | Michael Moton et al v. Fanduel, Inc. et al |
| CAC | 2 | 15-08922 | Jamie Facenda v. DraftKings, Inc. |
| CAC | 2 | 15-09956 | Sergio Huizar v. DraftKings, Inc. et al |
| CAC | 8 | 15-01879 | Daniel Hale v. DraftKings Inc, et al |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 15-02579 | McMIllan v. DraftKings, Inc. |
| COLORADO | | | |
| CO | 1 | 15-02376 | Firestone v. FanDuel, Inc. et al |
| CONNECTICUT | | | |
| CT | 3 | 15-01740 | Carbone et al v. FanDuel, Inc. et al |
| FLORIDA MIDDLE | | | |
| FLM | 8 | 15-02795 | Steiner v. Draftkings, Inc. et al |
| FLORIDA SOUTHERN | | | |

| | | | |
|---|---|---|---|
| FLS | 1 | 15-24450 | Wax et al v. FanDuel, Inc. et al |

**GEORGIA MIDDLE**

| | | | |
|---|---|---|---|
| GAM | 4 | 16-00006 | TEWES v. DRAFTKINGS INC |
| GAM | 4 | 16-00007 | TEWES v. FANDUEL INC |

**GEORGIA NORTHERN**

| | | | |
|---|---|---|---|
| GAN | 1 | 15-03950 | Hodge v. FanDuel, Inc. |
| GAN | 1 | 15-03951 | Hodge v. DraftKings, Inc. |

**ILLINOIS NORTHERN**

| | | | |
|---|---|---|---|
| ILN | 1 | 16-01352 | Kozlik v. Fanduel, Inc. |

**ILLINOIS SOUTHERN**

| | | | |
|---|---|---|---|
| ILS | 3 | 15-00445 | Hemrich et al v. DraftKings, Inc. |
| ILS | 3 | 15-01307 | Stoddart v. DraftKings, Inc. |

**KENTUCKY WESTERN**

| | | | |
|---|---|---|---|
| KYW | 1 | 15-00153 | Williams et al v. FanDuel, Inc. |
| KYW | 1 | 15-00154 | Turner et al v. DraftKings, Inc. |
| KYW | 3 | 15-00798 | Allgeier v. DraftKings, Inc. et al |

**LOUISIANA EASTERN**

| | | | |
|---|---|---|---|
| LAE | 2 | 15-06720 | Cosper v. FanDuel, Inc. et al |

**MISSISSIPPI NORTHERN**

| | | | |
|---|---|---|---|
| MSN | 4 | 15-00164 | Dickerson v. DraftKings, Inc. |
| MSN | 4 | 15-00173 | Dickerson v. FanDuel, Inc. |

**MISSOURI EASTERN**

| | | | |
|---|---|---|---|
| MOE | 4 | 15-01616 | Carey v. DraftKings, Inc. et al |
| MOE | 4 | 15-01643 | Horan v. DraftKings, Inc. |

**MISSOURI WESTERN**

| | | | |
|---|---|---|---|
| MOW | 4 | 15-01007 | Triantafylidis v. FanDuel, Inc. |

**NEW MEXICO**

| | | | |
|---|---|---|---|
| NM | 1 | 15-01127 | Boast v. FanDuel, Inc. |
| NM | 1 | 15-01129 | Boast v. DraftKings, Inc. |
| NM | 1 | 15-01134 | Lahoff v. FanDuel, Inc. |
| NM | 2 | 15-01122 | DeGroot v. DraftKings, Inc. |

NEW YORK EASTERN

| NYE | 2 | 16-00004 | Giametta v. Fanduel, Inc. et al |

NEW YORK SOUTHERN

| NYS | 1 | 15-08399 | Champagne v. Fanduel, Inc. et al |
| NYS | 1 | 15-08458 | McIntyre v. DraftKings, Inc. et al |
| NYS | 1 | 15-08463 | McCallie v. DraftKings, Inc. et al |
| NYS | 1 | 15-08612 | Berg v. Fanduel, Inc. et al |
| NYS | 1 | 15-08719 | Cadapan v. DraftKings, Inc. et al |
| NYS | 1 | 15-09084 | Guttman v. Visa Inc., et al |
| NYS | 1 | 15-09641 | Guercio et al v. Fanduel, Inc. et al |
| NYS | 1 | 15-09725 | Halperin et al v. FanDuel Inc. et al |
| NYS | 1 | 15-09902 | Franco v. FanDuel Inc. et al |

NORTH CAROLINA MIDDLE

| NCM | 1 | 15-00912 | MOSLEY, ET AL. V FANDUEL, INC., ET AL. |

OHIO NORTHERN

| OHN | 1 | 15-02159 | Tyler et al v. FanDuel, Inc. et al |

OKLAHOMA NORTHERN

| OKN | 4 | 15-00637 | Bandy v. DraftKings, Inc. et al |

OREGON

| OR | 3 | 16-00127 | Peck v. Draftkings, Inc. et al |

PENNSYLVANIA EASTERN

| PAE | 2 | 15-06073 | CANTAMAGLIA et al v. DRAFTKINGS, INC. et al |

PENNSYLVANIA WESTERN

| PAW | 1 | 15-00310 | WALLACE v. FANDUEL INC. |

TENNESSEE MIDDLE

| TNM | 3 | 15-01432 | Backer, et al v. Fanduel, Inc. |

TENNESSEE WESTERN

| TNW | 2 | 15-02834 | Walls v. DraftKings, Inc. |
| TNW | 2 | 15-02835 | Walls v. DraftKings, Inc. |
| TNW | 2 | 16-02004 | Walls v. FanDuel, Inc. |
| TNW | 2 | 16-02005 | Walls v. FanDuel, Inc. |

